**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 13-37740 |
| | § | |
| JAMES C IVISON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/17/2013.  The undersigned trustee was appointed on 12/17/2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                                                          $10,500.00

         Funds were disbursed in the following amounts:

|  |  |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $1,214.40 |
| Bank service fees | $431.37 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $8,854.23 |

      The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/09/2014 and the deadline for filing government claims was 06/15/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,800.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,800.00, for a total compensation of $1,800.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $39.07, for total expenses of $39.07.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/06/2016              By:   /s/ Randy W. Williams
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   1        Exhibit A

| | |
|---|---|
| Case No.: | 13-37740-H3-7 |
| Case Name: | IVISON, JAMES C |
| For the Period Ending: | 12/6/2016 |

| | |
|---|---|
| Trustee Name: | Randy W. Williams |
| Date Filed (f) or Converted (c): | 12/17/2013 (f) |
| §341(a) Meeting Date: | 01/21/2014 |
| Claims Bar Date: | 06/09/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Chase Checking ending in 1964 | $45.67 | $45.67 | | $0.00 | FA |
| Asset Notes: | Funds exhausted prior to 341 Meeting | | | | | |
| 2 | Chase Checking ending in 6940 | $13.78 | $13.78 | | $0.00 | FA |
| Asset Notes: | Funds exhausted prior to 341 meeting | | | | | |
| 3 | Household furnishings | $8,500.00 | $0.00 | | $0.00 | FA |
| 4 | Presidential coin collection | $1,500.00 | $1,500.00 | | $0.00 | FA |
| Asset Notes: | Trustee determined not equitable to auction | | | | | |
| 5 | Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Ring | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Shotgun and Rifle | $1,200.00 | $0.00 | | $0.00 | FA |
| 8 | 50% Interest in Specialized Hydraulic Services | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | In chapter 7 bankruptcy -  No distributions to equity holders expected. | | | | | |
| 9 | 50% Interest in Specialized Oilfield Services | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 50% Interest in SPS Shareholders, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Loan to Specialized Hydraulic Services, Inc. | $300,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Uncollectible | | | | | |
| 12 | Patent on gripper head | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 2009 GMC | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Encumbered by lien of Title Loan | | | | | |
| 14 | 1971 GMC | $5,000.00 | $5,000.00 | | $2,500.00 | FA |
| 15 | Harley Davidson Motorcycle | $4,500.00 | $4,500.00 | | $8,000.00 | FA |
| 16 | 2006 JAG Camper Trailer (u) | $4,000.00 | $4,000.00 | | $0.00 | FA |
| Asset Notes: | Camper located in Oklahoma - not equitable to transfer to Houston to sell at auction. | | | | | |
| 17 | 20610 Palm Rain Ct. Katy, TX 77449 | $178,563.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Encumbered by liens; exempt property | | | | | |
| 18 | 3418 W. Rainmill Dr. Katy, TX 77449 | $90,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Encumbered by lien | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2        Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 13-37740-H3-7 | |
| **Case Name:** | IVISON, JAMES C | |
| **For the Period Ending:** | 12/6/2016 | |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Date Filed (f) or Converted (c):** | 12/17/2013 (f) |
| **§341(a) Meeting Date:** | 01/21/2014 |
| **Claims Bar Date:** | 06/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $604,022.45 | $15,059.45 | | $10,500.00 | $0.00 |

**Major Activities affecting case closing:**

06/03/2016   Advised by special counsel that lawsuit will not be pursued.  Case may proceed to closure after IRS claim resolved.

03/11/2015   Counsel hired to pursue claims against Wyman Gordon in Specialized Hydraulic Services; document review/collection in progress.  Potential suit to be filed in 1Q2015.

Ivison may have similar claims, case being evaluated by counsel and Trustee.

06/30/2014   Non-exempt vehicles sold.  Trustee investigating possible claims in connection with bankruptcy case of Specialized Hydraulic Services

**Initial Projected Date Of Final Report (TFR):**   07/01/2016          **Current Projected Date Of Final Report (TFR):**   10/31/2016

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 13-37740-H3-7 | **Trustee Name:** | Randy W. Williams |
| **Case Name:** | IVISON, JAMES C | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6710 | **Checking Acct #:** | ******4001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 12/17/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/6/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/28/2014 | (15) | Webster's Auction Palace | Proceeds from Motorcyle auction | 1129-000 | $8,000.00 | | $8,000.00 |
| 04/02/2014 | 3001 | WEBSTER'S AUCTION PALACE | COMMSSION FROM ACTION (15%) - DOCKET NO. 17 | 3610-000 | | $1,200.00 | $6,800.00 |
| 04/08/2014 | (14) | Chase Cashier's check | Payment for GMC Truck | 1129-000 | $2,500.00 | | $9,300.00 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.07 | $9,286.93 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.46 | $9,271.47 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.99 | $9,257.48 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.93 | $9,242.55 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.39 | $9,227.16 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.92 | $9,213.24 |
| 10/17/2014 | 3002 | GEORGE ADAMS & COMPANY | Bond Payment | 2300-000 | | $10.79 | $9,202.45 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.82 | $9,186.63 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.38 | $9,173.25 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.80 | $9,158.45 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.25 | $9,143.20 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.32 | $9,129.88 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.25 | $9,115.63 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.23 | $9,101.40 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.68 | $9,086.72 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.19 | $9,072.53 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.58 | $9,056.95 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.67 | $9,043.28 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.12 | $9,029.16 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.04 | $9,014.12 |
| 11/18/2015 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.61 | $9,010.51 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.60 | $8,996.91 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.51 | $8,982.40 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.49 | $8,967.91 |
| | | | **SUBTOTALS** | | $10,500.00 | $1,532.09 | |

Page No: 2                     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-37740-H3-7 | | | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|---|---|
| Case Name: | IVISON, JAMES C | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6710 | | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 12/17/2013 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2016 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.53 | $8,954.38 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.44 | $8,939.94 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.42 | $8,925.52 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.93 | $8,911.59 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.91 | $8,897.68 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.35 | $8,883.33 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.33 | $8,869.00 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.77 | $8,854.23 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $10,500.00 | $1,645.77 | $8,854.23 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $10,500.00 | $1,645.77 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $10,500.00 | $1,645.77 | |

| For the period of 12/17/2013 to 12/6/2016 | | For the entire history of the account between 03/28/2014 to 12/6/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,500.00 | Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 | Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,645.77 | Total Compensable Disbursements: | $1,645.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,645.77 | Total Comp/Non Comp Disbursements: | $1,645.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-37740-H3-7 | |
| **Case Name:** | IVISON, JAMES C | |
| **Primary Taxpayer ID #:** | **-***6710 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/17/2013 | |
| **For Period Ending:** | 12/6/2016 | |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $10,500.00 | $1,645.77 | $8,854.23 |

**For the period of 12/17/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,645.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,645.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/17/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,645.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,645.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS

**CLAIM ANALYSIS REPORT**

Page No: 1          Exhibit C

| Case No. | 13-37740-H3-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | IVISON, JAMES C | | Date: | 12/6/2016 |
| Claims Bar Date: | 06/09/2014 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RANDY W. WILLIAMS<br><br>333 Clay Street #3300<br>Houston TX 77002 | 10/06/2016 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| | RANDY W. WILLIAMS<br><br>333 Clay Street #3300<br>Houston TX 77002 | 10/06/2016 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $39.07 | $39.07 | $0.00 | $0.00 | $0.00 | $39.07 |
| 6 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 04/01/2014 | SECURED | Allowed | 4110-000 | $0.00 | $90,563.00 | $90,563.00 | $0.00 | $0.00 | $0.00 | $90,563.00 |
| 2 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin TX 78778-0001 | 03/18/2014 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $18,009.05 | $18,009.05 | $0.00 | $0.00 | $0.00 | $18,009.05 |

**Claim Notes:**    (2-1) Unemployment taxes

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6a | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 04/01/2014 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $845,187.03 | $845,187.03 | $0.00 | $0.00 | $0.00 | $845,187.03 |
| 1 | CAVALRY SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 03/06/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,900.32 | $3,900.32 | $0.00 | $0.00 | $0.00 | $3,900.32 |

**Claim Notes:**    (1-1) Cavalry SPV I, LLC as assignee of Ford Credit US

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-37740-H3-7 | **Trustee Name:** Randy W. Williams |
| **Case Name:** | IVISON, JAMES C | **Date:** 12/6/2016 |
| **Claims Bar Date:** | 06/09/2014 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin TX 78778-0001 | 03/18/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $10,609.80 | $10,609.80 | $0.00 | $0.00 | $0.00 | $10,609.80 |
| **Claim Notes:** (3-1) Unemployment taxes | | | | | | | | | | | | |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CP Medical LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/26/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $389.00 | $389.00 | $0.00 | $0.00 | $0.00 | $389.00 |
| **Claim Notes:** (4-1) Medical Debt | | | | | | | | | | | | |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CF Medical LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/26/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $386.00 | $386.00 | $0.00 | $0.00 | $0.00 | $386.00 |
| **Claim Notes:** (5-1) Medical Debt | | | | | | | | | | | | |
| 6b | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 04/01/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $606,299.02 | $606,299.02 | $0.00 | $0.00 | $0.00 | $606,299.02 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CP Medical LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 05/05/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| **Claim Notes:** (7-1) Medical Debt | | | | | | | | | | | | |
| 8 | CARL L GUILLOT<br>PO Box 41304<br>Houston TX 77241-1304 | 06/09/2014 | UNSECURED | Allowed | 7100-000 | $0.00 | $22,500.00 | $22,500.00 | $0.00 | $0.00 | $0.00 | $22,500.00 |
| **Claim Notes:** (8-1) Money Loaned | | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 13-37740-H3-7 | **Trustee Name:** | Randy W. Williams |
| **Case Name:** | IVISON, JAMES C | **Date:** | 12/6/2016 |
| **Claims Bar Date:** | 06/09/2014 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $1,599,932.29 | $1,599,932.29 | $0.00 | $0.00 | $0.00 | $1,599,932.29 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 13-37740-H3-7 |
| **Case Name:** | IVISON, JAMES C |
| **Claims Bar Date:** | 06/09/2014 |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Date:** | 12/6/2016 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $39.07 | $39.07 | $0.00 | $0.00 | $0.00 | $39.07 |
| 507(A) 8 -- TAXES | $863,196.08 | $863,196.08 | $0.00 | $0.00 | $0.00 | $863,196.08 |
| SECURED | $90,563.00 | $90,563.00 | $0.00 | $0.00 | $0.00 | $90,563.00 |
| UNSECURED | $644,334.14 | $644,334.14 | $0.00 | $0.00 | $0.00 | $644,334.14 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       13-37740
Case Name:    JAMES C IVISON
Trustee Name:  Randy W. Williams

Balance on hand:        $8,854.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Internal Revenue Service | $90,563.00 | $90,563.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,854.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randy W. Williams, Trustee Fees | $1,800.00 | $0.00 | $1,800.00 |
| Randy W. Williams, Trustee Expenses | $39.07 | $0.00 | $39.07 |

Total to be paid for chapter 7 administrative expenses:     $1,839.07
Remaining balance:     $7,015.16

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $7,015.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $863,196.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Texas Workforce Commission | $18,009.05 | $0.00 | $146.36 |
| 6a | Internal Revenue Service | $845,187.03 | $0.00 | $6,868.80 |

Total to be paid to priority claims: $7,015.16
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $644,334.14 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $3,900.32 | $0.00 | $0.00 |
| 3 | Texas Workforce Commission | $10,609.80 | $0.00 | $0.00 |
| 4 | Quantum3 Group LLC as agent for | $389.00 | $0.00 | $0.00 |
| 5 | Quantum3 Group LLC as agent for | $386.00 | $0.00 | $0.00 |
| 6b | Internal Revenue Service | $606,299.02 | $0.00 | $0.00 |
| 7 | Quantum3 Group LLC as agent for | $250.00 | $0.00 | $0.00 |
| 8 | Carl L Guillot | $22,500.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:               $0.00
Remaining balance:               $0.00